UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 11 2016
```

- - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

   - v. -

JESSICA ROBBINS,

      Defendant.

- - - - - - - - - - - - - - - - - - - x

**INDICTMENT**

**16 CRIM 333**

## COUNT ONE

(Interstate stalking)

The Grand Jury charges:

1. From at least in or about February 2012 up to and including at least in or about June 2014, in the Southern District of New York and elsewhere, JESSICA ROBBINS, the defendant, willfully and knowingly, and with the intent to injure, harass, and intimidate another person, did use the mail, an interactive computer and electronic communication service and an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death or serious bodily injury to that person, the immediate family member of that person, and the spouse of that person, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, an immediate family member of that person and the spouse of that

person, to wit, ROBBINS used the internet to post harassing messages that caused substantial emotional distress to a well-known musician, his wife, and his immediate family.

(Title 18, United States Code, Section 2261A(2).)

_____ 5/11/16
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JESSICA ROBBINS,
                              Defendant.

INDICTMENT

16 Cr.

(18 U.S.C. § 2261A(2).)

PREET BHARARA
United States Attorney.

A TRUE BILL

_[signature]_  5/11/16
Foreperson.

- TRUE BILL & INDICTMENT    5/11/16
- MAG. JUDGE RONALD L. ELLIS
- JUDGE MARRERO -
  (Wheeled)