```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

JESSICA ROBBINS,

Defendant.

16-CR-333 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until November 18, 2016.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       September 29, 2016

Victor Marrero
U.S.D.J.

# JOHN A. DIAZ, ESQ.

DIAZ & MOSKOWITZ, PLLC.
225 Broadway, Suite 715
New York, NY 10007
212-227-8208 (Phone)
212-566-8165 (Fax)
johnadiazlaw@gmail.com

September 28, 2016

**By ECF**
The Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, New York 10007

>   Re:   *United States v. Jessica Robbins*,
>         **16 Cr. 333 (VM)**
>         *Request for adjournment*

Dear Judge Marrero:

I am the attorney for the defendant, Jessica Robbins, in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. On September 26, 2016, counsel requested an adjournment of this matter in order to allow for additional time for counsel to review discovery with Ms. Robbins. Upon further consultation with the government, counsel respectfully request that this case be adjourned for conference to November 18, 2016, at 3:00pm. Additionally, pursuant to 18 U.S.C. § 3161(7)(A), counsel and the government consent to the exclusion of Speedy Trial time until that date.

The Court's consideration of this request is greatly appreciated.

Respectfully,

John A. Diaz, Esq.